JOSEPH CUNNINGHAM v.
DEPARTMENT OF CIVIL SERVICE.

February 11, 1975. Petition for certification denied.

JOSEPH CUNNINGHAM v.
DEPARTMENT OF CIVIL SERVICE.

February 11, 1975. Petition for certification granted.

STEVEN GAGLIONE v. KENNETH F. NORMAN.

February 11, 1975. Petition for certification denied.

JAEBUNG REALTY CORP. v. BOROUGH OF HALEDON.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOEL SUSSMAN.

February 11, 1975. Petition for certification denied.

ANNA MURDOCK v. ANTHONY TALUBA.

February 11, 1975. Petition for certification granted.

ARNOLD L. NATALI v. 666 CORPORATION.

February 11, 1975. Petition for certification denied.